No. _____ CR 07 00524 PMW


SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED
2007 AUG -8  P 2: 35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

### SAN JOSE DIVISION

---

## THE UNITED STATES OF AMERICA
### vs.

### RICARDO SAEZ and
### CEFERINO ORTIZ, JR., a/k/a "CEFE"

---

## INDICTMENT

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii) - Conspiracy to Distribute Methamphetamine

<u>Count Two</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

<u>Count Three</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

Four
<u>Count Three</u>: Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) - Distribution of Methamphetamine

*A true bill.*

_____
Foreperson

Filed in open court this ___8___ day of ___Aug___

A.D. 2007

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ __No bail arrest warrant__

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |

FILED

2007 AUG -8 P 2: 35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07 00524 RMW |
| Plaintiff, | ) | VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine |
| v. | ) | |
| RICARDO SAEZ and<br>CEFERINO ORTIZ, JR.,<br>a/k/a/ "CEFE", | ) | SAN JOSE VENUE |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE:  (21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii))

On or about December 13, 2006, and continuing through and including March 8, 2007, in the Northern District of California, the defendants,

RICARDO SAEZ and
CEFERINO ORTIZ, JR,
a/k/a/ "CEFE",

did knowingly and intentionally conspire with other persons known and unknown to the Grand

INDICTMENT

1  Jury to distribute a controlled substance, to wit, 50 grams and more of methamphetamine, its
2  salts, isomers, and salts of its isomers, and 50 grams and more of a mixture and substance
3  containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers,
4  in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii) and
5  841(b)(1)(B)(viii).
6  COUNT TWO: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii))
7  On or about December 22, 2006, in the Northern District of California, the defendants,

RICARDO SAEZ and
CEFERINO ORTIZ, JR.,
a/k/a/ "CEFE",

did knowingly and intentionally distribute a controlled substance, to wit, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii)and 841(b)(1)(B)(viii).

COUNT THREE: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii))

On or about January 19, 2007, in the Northern District of California, the defendants,

RICARDO SAEZ and
CEFERINO ORTIZ, JR.,
a/k/a/ "CEFE",

did knowingly and intentionally distribute a controlled substance, to wit, 50 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii).

COUNT FOUR: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)and 841(b)(1)(B)(viii))

On or about March 8, 2007, in the Northern District of California, the defendants,

RICARDO SAEZ and
CEFERINO ORTIZ, JR.,
a/k/a/ "CEFE",

did knowingly and intentionally distribute a controlled substance, to wit, 50 grams and more of

INDICTMENT                                    2

1  methamphetamine, its salts, isomers, and salts of its isomers, and 50 grams and more of a
2  mixture and substance containing a detectable amount of methamphetamine, its salts, isomers,
3  and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and
4  841(b)(1)(A)(viii) and 841(b)(1)(B)(viii).

A TRUE BILL.

DATED: Aug. 8, 2007

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Office

(Approved as to form: _____ )
                      AUSA O'Connell

INDICTMENT    3

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

SEE ATTACHMENT TO PENALTY SHEET

FILED
2007 AUG -8 P 2:35
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
SEALED BY ORDER OF THE COURT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

---- DEFENDANT - U.S. ----

RICARDO SAEZ

DISTRICT COURT NUMBER
CR 07 00524

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
THOMAS M. O'CONNELL

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed _____

DATE OF ARREST _____   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY _____   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
RICHARDO SAEZ and
CEFERINO ORTIZ, JR., a/k/a "CEFE"

**ATTACHMENT TO PENALTY SHEET**

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) and 841(b)(1)(A)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

<u>Count Two</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) and 841(b)(1)(A)(viii) - Distribution of Methamphetamine

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000 Fine
5 years of supervised release
$100 special assessment

<u>Count Three</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) and 841(b)(1)(A)(viii) - Distribution of Methamphetamine

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000 Fine
5 years of supervised release
$100 special assessment

<u>Count Four</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) and 841(b)(1)(A)(viii) - Distribution of Methamphetamine

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000 Fine
5 years of supervised release
$100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

── OFFENSE CHARGED ──
SEE ATTACHMENT TO PENALTY SHEET

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

FILED
2007 AUG -8  P 2: 36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

PENALTY:
SEE ATTACHMENT TO PENALTY SHEET

── DEFENDANT - U.S. ──
▶ CEFERINO ORTIZ, JR. a/k/a "CEFE"

DISTRICT COURT NUMBER
**CR 07 00524 RMW**

── DEFENDANT ──

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

── PROCEEDING ──
Name of Complaintant Agency, or Person (&Title, if any)
S/A Robert Patrizi-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

Month/Day/Year
DATE OF ARREST ▶ _____

Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____

Name and Office of Person Furnishing Information on THIS FORM:  **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned):  **THOMAS M. O'CONNELL**

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──
PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: **NO BAIL**

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

UNITED STATES OF AMERICA
v.
RICHARDO SAEZ and
CEFERINO ORTIZ,JR., a/k/a "CEFE"

**ATTACHMENT TO PENALTY SHEET**

<u>Count One</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) and 841(b)(1)(A)(viii) - Conspiracy to Distribute Methamphetamine

5 years imprisonment (mandatory minimum)
40 years imprisonment (maximum)
$2,000,000 Fine
4 years of supervised release
$100 special assessment

<u>Count Two</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) and 841(b)(1)(A)(viii) - Distribution of Methamphetamine

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000 Fine
5 years of supervised release
$100 special assessment

<u>Count Three</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) and 841(b)(1)(A)(viii) - Distribution of Methamphetamine

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000 Fine
5 years of supervised release
$100 special assessment

<u>Count Four</u>: Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii) and 841(b)(1)(A)(viii) - Distribution of Methamphetamine

10 years imprisonment (mandatory minimum)
Life imprisonment (maximum)
$4,000,000 Fine
5 years of supervised release
$100 special assessment