***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** September 10, 2007      **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00524-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- CEFERINO ORTIZ, JR.
  **APPEARANCES:**                              (P) (C)

**PLTF:** AUSA: T. O'Connell       **DEFT:** M. Gonzalez

**COURT ACTION: STATUS HEARING**

**Hearing Held. The government advised that there is a pending notice of related case order before Judge Ware. The Court continued this matter to 10/1/07 @ 9:00 am before Judge Whyte if the case remains with Judge Whyte, or 10/1/07 @ 1:30 pm before Judge Ware if the case has been reassigned to Judge Ware. The Court excluded time based on the pending motion. Time is excluded to 10/1/07. Government to prepare exclusion order.**

*cc: (Liz - JW)*

          */s/ Jackie Garcia*
            **JACKIE GARCIA**
           **Courtroom Deputy**