UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

Judge: James Ware
Date: 10/1/2007
Case No: CR-07-0524 JW

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Irene Rodriguez
U.S. Probation Officer: N/A
Interpreter: N/A

## TITLE

U.S.A. v. Ceferino Ortiz, Jr (C)(2)

Attorney(s) for Plaintiff(s): Tom O'Connell
Attorney(s) for Defendant(s): Milton F. Gonzalez

## PROCEEDINGS

Status/Trial Setting Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant Ortiz present and in custody for proceedings. This is the Defendant's Initial appearance before the Court. The Court continued this matter to 10/22/2007 at 1:30 PM for Further Status/Trial Setting Hearing. Time is excluded from 10/1/2007 to 10/22/2007 for efforts to resolve this matter short of trial and to accommodate Defendant's investigation of discovery.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: