# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CRIMINAL MINUTES

**Judge: James Ware**
**Date:  10/22/2007**
**Case No: CR-07-0524 JW**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**U.S. Probation Officer: N/A**
**Interpreter:   N/A**

### TITLE

**U.S.A. v. Ceferino Ortiz, Jr. ( C)(2)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Milton Gonzalez (2)**

### PROCEEDINGS

**Dispositional Hearng**

### ORDER AFTER HEARING

**Hearing Held.  Defendant Ortiz present and in custody for proceedings.  The defendant plea guilty as to Count 1 of the Indictment.  A plea agreement was executed in open court.   The matter is referred to the United States Probation Office for preparation of a Presentence Investigation Report.  The Court submitted Government's Motion to Dismiss Counts 2 - 4 of the Indictment until the date of sentencing. The Court set a date for Judgment and Sentencing on 1/14/2008 at 1:30 PM.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: