MILTON F. GONZALEZ
ATTORNEY AT LAW
449 Leavesley Road, Suite G
Gilroy, California 95020
Telephone (408) 848-2208
Facsimile (408) 847-8229

State Bar No. 99713
Attorney for Defendant
CEFERINO ORTIZ

FILED

2007 OCT 31  P 3:18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: CR-07-00524 -JW |
|---|---|---|
| Plaintiff, | ) | **MOTION FOR RECONSIDERATION AND REDUCTION OF BAIL** |
| v. | ) | |
| CEFERINO ORTIZ, | ) | Date: 11-05-'07 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Courtroom: 2 |

To Scott N. Schools, United States Attorney, and Thomas M. O'Connell, Assistant United States Attorney:

Notice is hereby given that on the 5th day of November, 2007, at 9:30 a.m. the Defendant, Ceferino Ortiz, will move the court to reconsider its previous ruling setting bail in the amount of $150,000.00 and reduce bail to $94,000.00.

Motion for Reconsideration and Bail Reduction

This motion is made on the ground that the amount of bail currently fixed is excessive and, therefore contrary to the provisions of the Eighth Amendment of the United States Constitution and contrary to Section 3142(c)(2) of Title 18 of the United States Code which precludes fixing bail or setting any "financial condition" of release in an amount that "results in the pretrial detention of the person."

The bail is excessive because the defendant's and wife are the owners of a house and real property which they intend to post or pledge in lieu of cash bail. However at this time, the equity in the property amounts to only $94,000.00. Because of the excessive bail of $150,000.00 there is not sufficient equity to allow the property to be posted or pledged in lieu of a cash bail.

## I. PROCEDURAL HISTORY:

On August 8, 2007, a four count indictment was filed with this court charging Mr. Ortiz and Mr. Ricardo Saez with conspiring to distribute 50 grams and more of methamphetamine in violation of Title 21 United States Code Sections 841(a)(1) and 841(b)(1)(A)(viii) and 841(b)(1)(B)(viii). The defendant was arraigned before the court on August 24, 2007. On that date bail was set in the amount of $150,000.00.

The defendant entered a plea of guilty to Count One of the Indictment. At this time, he is awaiting sentencing.

## II. LEGAL ARGUMENTS:

Section 3142(c)(2) and 3142(c)(3) of Title 18 of the United States Code read as follows:

(c) Release on conditions.

(2) The judicial officer may not impose a financial condition that results in the pretrial detention of the person.

Motion for Reconsideration and Bail Reduction

(3) The judicial officer may at any time amend the order to impose additional or different conditions of release.

As stated in this motion, the defendant's father and his wife are the owners of a house and real property. Said house and real property is located at 271 Miller Road, Hollister, San Benito County, California. Both persons are willing to post the property on the defendant's behalf in the form of a property bond in lieu of cash bail. Bail in this matter is set at $150,000.00. The property has been appraised at $380,000.00 and the sum of loan balance on the property is $285,009.89. Their equity in the property is $94,990.11.

The present amount of bail $150,000.00 therefore constitutes a financial condition that is resulting in the defendant's detention. The court has the authority at this time to amend its order and reduce bail to the amount of equity in the property $94,000.00.

Dated:                    Respectfully submitted:

_____
Milton F. Gonzalez,
Attorney for Defendant,
Ceferino Ortiz, Jr.

Motion for Reconsideration and Bail Reduction

1 | Case Name: UNITED STATES vs. CEFERINO ORTIZ, JR.

2 | Case No. : CR0700524

3 |

4 | **PROOF OF SERVICE - CCP 1013a, 2015.5**

5 | I declare as follows:

6 |  I am over the age of 18 years, and not a party to this action. My business address is 449 Leavesley Road, Suite G, Gilroy, California, County of Santa Clara.

7 |

8 |  On October 31, 2007, I served the **DEFENDANT (CEFERINO ORTIZ JR.'S) MOTION FOR RECONSIDERATION AND REDUCTION OF BAIL** as follows:

9 |

10 | **SCOTT N. SCHOOLS, Esq.**
**UNITED STATES ATTORNEY**
11 | **THOMAS M. O'CONNELL, Esq.**
**ASSISTANT UNITED STATES ATTORNEY**
12 | 150 ALMADEN BOULEVARD
13 | SUITE 900
SAN JOSE, CA 95113

14 |

15 | [ ] **(BY MAIL)** I am readily familiar with the business practice at my place of business for
16 | collection and processing of correspondence for mailing with the United States Postal Service.
Correspondence so collected and processed is deposited with the United States Postal Service
17 | that same day in the ordinary course of business

18 | [ ] **(BY FAX MACHINE)** I caused the said document to be transmitted by facsimile
19 | machine to the number indicated after the addressee(s) noted above; that the facsimile machine provided confirmation that the facsimile has been sent correctly.

20 |

21 | [ x ] **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered hand to the addressee(s) noted above.

22 |

23 |  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 31, 2007, at Gilroy, California.

24 |
25 |               Robert C. Landry, Legal Assistant
26 |
27 |
28 |

Proof of Service