UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**

NOV - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The United States of America,

    Plaintiff,

v.

Ceferino Ortiz, Jr.,

    Defendant.

No. CR07-00524JW

**ORDER MODIFYING CONDITIONS OF RELEASE AND APPEARANCE BOND**

On August 24, 2007 this court set bond and release terms. The bond has not yet been met, and defendant remains in custody.

On motion of the defendant, unopposed by the government, the court now modifies the bond and release terms as follows:

a. The secured portion of the bond is reduced from $125,000 to $94,000.

b. The requirement for residence in a half-way house is deleted, and defendant will reside instead at 2596 Glenview Dr., Hollister, CA.

c. Electronic monitoring is added.

All other conditions remain the same.

On November 9, 2007 defendant's three sureties appeared before the court and were apprised of the changed bond and conditions. All three understood the changes, and signified their agreement with them and their continued willingness to be sureties.

When the court signs the order releasing the defendant from custody, this order will serve to modify the conditions and bond originally set on August 24, 2007.

SO ORDERED.

Dated: November 9, 2007

_____
Magistrate Judge Howard R. Lloyd