```
MILTON F. GONZALEZ, Esq.
SBN # 99713
449 LEAVESLEY ROAD
SUITE G
GILROY, CA 95020
TEL: (408)848-2208
FAX: (408)847-8229

Attorney for Defendant
CEFERINO ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR-07-00524-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO VACATE** |
| | ) | **SENTENCING AND TO RESET** |
| v. | ) | **SENTENCING DATE AS A** |
| | ) | **STATUS CONFERENCE** |
| CEFERINO ORTIZ, et al. | ) | |
| | ) | |
| Defendant. | ) | |

    Defendant, Ceferino Ortiz, through his undersigned counsel and the government, through Assistant United States Attorney, Thomas M. O'Connell, and the United States Probation Office thorough, Deputy Probation Officer Brian Casai hereby agree and stipulate that, subject to the Court's approval, that the date and time for sentencing in the above-entitled case January 14, 2008, at 1:30 p.m. be vacated and reset as a date for a Status Conference. This is necessary in order to permit Mr. Casai sufficient time to interview the defendant and investigate the defendant's background.

///

Dated: December 13, 2007            /S/
                                    THOMAS M. O'CONNELL,
                                    ASSISTANT UNITED STATES ATTORNEY

Dated: December 13, 2007            /S/
                                    BRIAN CASAI,
                                    DEPUTY UNITED STATES PROBATION OFFICER

Dated: December 13, 2007            /S/
                                    MILTON F. GONZALEZ,
                                    Attorney for Ceferino Ortiz

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing in the above-entitled case set for January 14, 2008, at 1:30 p.m. is hereby vacated and is reset as a Status Conference.

Dated: December ____, 2007          _____
                                    HONORABLE JAMES WARE,
                                    United States District Court Judge

- 2