UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 1/14/2008
**Case No:** CR-07-0524 JW
**Related Case No:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Ceferino Ortiz (2)( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Milton Gonzalez

## PROCEEDINGS

Status Hearing re Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant not present and in state custody for proceedings. The Court was notified that Probation had been unable to prepare a Presentence Investigation Report due the unavailability of the Defendant. The Court continued this matter to April 14, 2008 at 1:30 PM for Judgment and Sentencing and to accommodate time for preparation of a Presentence Investigation Report and sentencing memorandums.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: