PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Howard R. Lloyd<br>U.S. Magistrate Judge | RE: | Ceferino Ortiz |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR07-00524 JW |
| DATE: | March 17, 2008 | | |

FILED
MAR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

<u>Anthony R. Granados</u>                                              <u>(408) 535-5223</u>
U.S. Pretrial Services Officer                                        TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ]   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ]   Inform all parties concerned that a Bail Review Hearing will be conducted by:
      Magistrate Judge_____   Presiding District Court Judge_____

[ ]   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ]   Modification(s)
      A.
      B.

[ ]   Bail Revoked/Bench Warrant Issued.

[ ]   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ]   Other Instructions:


_____                          3/18/08
JUDICIAL OFFICER                                   DATE

Cover Sheet (12/03/02)