UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 4/14/2008
**Case No.:** CR-07-0524 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** Waseem Iqbal for Brian Casai
**Interpreter:** N/A

## TITLE

U.S.A. v . Ceferino Ortiz (2)(NC)

**Attorney(s) for Plaintiff(s):** Jeff Schenk for Tom O'Connell
**Attorney(s) for Defendant(s):** Milton Gonzalez

## PROCEEDINGS

Status re Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in not custody for proceedings. Defense counsel made an oral request to continue the Sentencing Hearing. For the reasons stated on the record, the Court GRANTED the oral motion. The Court continued this matter to June 2, 2008 at 1:30 PM for Judgment and Sentencing to accommodate the Government's anticipated motion and sentencing memorandum.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: