JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5053
    Fax: (408)-535-5066
    E-Mail: Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00524 - JW |
|     Plaintiff, ) | GOVERNMENT'S SENTENCING |
|     v. ) | MEMORANDUM |
| CEFERINO ORTIZ, aka "CEFE" ) | |
|     Defendant. ) | |

    Defendant Ceferino Ortiz comes before the court for sentencing pursuant to a plea agreement under Rules 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rules of Criminal Procedure, having pled guilty to count one of the captioned indictment charging conspiracy to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii).

    U.S. Probation is in agreement with the parties' U.S.S.G. calculations, which establish a range of 121-151 months. The Government concurs with Probation's recommendation of a low end sente3nce, that is, 121 months incarceration to be followed by five years of supervised

**Sentencing Memorandum (Ortiz)**

release (with conditions to be fixed by the Court), no fine, and a $100 special assessment, with no restitution or forfeiture to be imposed.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  5/30/08                                             /S/
THOMAS M. O'CONNELL
Assistant United States Attorney

**Sentencing Memorandum (Ortiz)**         2