UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 2, 2008 | **Court Reporter:** Peter Torreano |
| **Case No.:** CR-07-0524 JW | **U.S. Probation Officer:** Lori Timmons for Brian Casai |
| **Related Case No.:** N/A | **Interpreter:** N/A |

### TITLE

U.S.A. v. Ceferino Ortiz Jr.  (NC)(2)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Milton Gonzalez

### PROCEEDINGS

1. Judgment and Sentencing as to Ct. 1
2. Govt Motion to Dismiss Cts. 2 - 4

### ORDER AFTER HEARING

Hearing Held.  Defendant Ortiz present and not in custody for proceedings.  The Court sentenced the Defendant as to Count 1.  The Defendant is committed to 121 months BOP custody, 5 years supervised release under the standard conditions and Court imposed special conditions of probation, $100 special assessment.  The Government made a motion to Dismiss Counts 2 through 4. The Court GRANTED the Government's Motion to Dismiss.  The Defendant is to self surrender on August 22, 2008.

 

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **C. Escolano/E-filed**
CC: