PROPOSED ORDER/COVER SHEET

TO: Honorable Howard Lloyd  
U.S. Magistrate Judge

RE: Ceferino Ortiz

FROM: Richard W. Wieking, Acting Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR07-00524 JW

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony Granados  
U.S. Pretrial Services Officer

(408) 535-5223  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

DATE: July 15, 2008

FILED  
JUL 15 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

✓ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2 on Friday 7/18/08 at 9:30 AM.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)  
A.  
B.

RECEIVED  
JUL 17 2008  
PRETRIAL SERVICES-ND/CA  
SAN JOSE

☐ Bail Revoked/Bench Warrant Issued.

✓ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

JUDICIAL OFFICER          DATE 7/15/08

Cover Sheet (03/26/08)