07/29/2008 04:15 PM EST

Case Debt Type Payment Report
U.S. Courts

Version 7.0.1

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | CEFERINO OTRIZ JR. | DCAN507CR000524 | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 54611003294 | 1 | PR | 100.00 | 06/02/2008 |

Division Payment Total   100.00

Grand Total   100.00

*Handwritten:* $100.00 SPECIAL ASSESSMENT PAID IN FULL ON 6/2/2008

*Stamp:* FILED AUG 1 – 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

Page 1 of 1