MILTON GONZALEZ
ATTORNEY AT LAW
449 Leavesley Road, Suite G
Gilroy, California 95020
Telephone (408)848-2208
Facsimile (408) 847-8229

State Bar No. 99713
E- mail: milton@gcjlawfirm.com
Attorney for Defendant, Ceferino Ortiz

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*

IN THE UNITED STATES OF AMERICA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CASE No.: CR 07-00524-2-JW |
| ) | MOTION TO AMEND |
| vs. ) | PRESENTENCE INVESTIGATION |
| ) | REPORT |
| CEFERINO ORTIZ ) | |
| Defendant. ) | |
| _____ ) | |

TO: UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, THE ASSISTANT UNITED STATES ATTORNEY, AND TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL INTERESTED PARTIES IN THIS MATTER:

Defendant Ceferino Ortiz moves the court for an ORDER allowing an amendment to the pre-sentence report on this matter. This motion is made in the interest of Justice.

///

Facts:

The defendant was sentenced including the defendant's drug addiction history or lack thereof in the PSR report. The defendant, however, had not been candid with this information for fear that it would cause a harsher sentence. An accurate account of this issue has been supplied by the defendant in the form of a declaration signed by him 5-6-2013. See Exhibit "B" Declaration of Ceferino Ortiz dated 5-6-13.

U.S. Probation Officer Mr. Brian D. Casai has read and considered Mr. Ceferino's declaration. Mr. Ceferino Ortiz states in his declaration that he did have a drug and alcohol problem before his arrest in this criminal case pending before the Court.

Mr. Casai has indicated that he does support a motion to amend the pre-sentence report to include the defendant's drug addiction problem so long as AUSA Tom O Connell had no objection. See Exhibit "A" e-mail from Brian Casai dated 7-10-13.

AUSA Tom O Connell has no objection to the amendment of Pre-Sentence Report in this matter. See Exhibit "C" e-mail from Tom O Connell dated 7-10-13.

Conclusion:

Defendant Ceferino Ortiz does have a drug problem that must be addressed and included in an amended pre-sentence report so that the defendant in the interest of justice may be able to participate and benefit from a drug treatment program.

Respectfully Submitted,

Dated: 7.24.13

_(signature)_

Milton F. Gonzalez

Attorney for Defendant Ceferino Ortiz

# DECLARATION

1. I Milton F. Gonzalez represent the defendant Ceferino Ortiz in this Ex Parte Motion.

2. The defendant Ceferino Ortiz had not been candid in the initial probation interview to the probation department regarding his drug and alcohol addiction prior to his arrest for fear of receiving a harsher sentence.

3. Brian Casai, the Probation Officer in this matter, has no objection to modifying the pre-sentence report based on Ceferino Ortiz' declaration dated 5-6-13. See Exhibit "A" e-mail from Brian Casai dated July 10, 2013. See also Exhibit "B" Ceferino Ortiz's declaration dated 5-6-13.

3. U.S. Attorney Tom O Connell Office has no objection to allow the modification of the Pre-sentence report in this matter. See Exhibit "C" e-mail from U.S. Attorney Tom O Connell dated July 10,2013.

I declare under Penalty of Perjury that the foregoing is true and correct to the best of my knowledge.

Dated: 7.24.13

_____
Milton F. Gonzalez
Attorney for Defendant Ceferino Ortiz

EXHIBIT "A"

From: Brian_Casai@canp.uscourts.gov
Subject: Re: Ceferino Ortiz
Date: July 10, 2013 5:07:27 PM PDT
To: MILTON GONZALEZ <milton@gcjlawfirm.com>

1 Attachment, 5 KB

I think the stip is fine. You may want to attach Ortiz's declaration, which expanded upon the original info he provided to me regarding substance abuse.

Thanks,

Brian D. Casai
U.S. Probation Officer
1301 Clay Street, Suite 220-S
Oakland, CA 94612
Phone: (510) 637-3595
Fax: (415) 581-7416

EXHIBIT "B"

CEFERINO ORTIZ Jr.
Reg. # 10738-111
FEDERAL CORRECTIONAL INSTITUTION
SATELLITE PRISON CAMP MENDOTA
P.O. Box 9
Mendota, CA 93640

To: Milton Gonzales, ESQ
449 Leavesly Road Suite G
Gilroy, CA 95020

Re: Declaration of Drug Dependence

Dear Mr. Gonzales;

    CEFERINO ORTIZ Jr. being duly sworn, deposes and say that:

1. I am CEFERINO ORTIZ Jr. of sound body and mind.
2. This sworn statement is submitted in support of clarification and/or any declaration on my behalf concerning my use if narcotices and/or illegal drug-use in the months prior to my incarceration.
3. I, CEFERINO ORTIZ Jr. was arrested on August 15, 2007. I am charged with Conspiracy to Possess and Distribute Methamphetamine, which was later reduced to possession of Methamphetamine. I am serving a 121 month sentence in Federal Satellite Prison Camp Mendota.
4. I, CEFERINO ORTIZ Jr., was arrested by ATF and Local Law Enforcement Authority
5. I, CEFERINO ORTIZ Jr., was questioned by Federal Pre-Trial Services Officers concerning any illegal drug use committed by me.
6. Upon belief of an increased severity in punishment for my crimes, I, CEFERINO ORTIZ Jr., refrained from fully divulging my history of drug abuse to the Federal Pre-Trial Services Officer.
7. Upon information and belief of the severe need of intensive drug treatment, I, CEFERINO ORTIZ Jr., clarify my drug abuse by stating that: I, CEFERINO ORTIZ Jr., drank Tequila shots daily along with the consumption of multiple beers.
8. I, CEFERINO ORTIZ Jr., ingested Cocaine several times a week, meaning every alternate day of the week, to the sum of 1.7 grams to 3 grams as long as I could get it the day of desired use.
9. I, CEFERINO ORTIZ Jr., substituted the use of Cocaine with Methamphetamine on the weekends of each week.
10. I, CEFERINO ORTIZ Jr., ingested Marijuana to the sum of at least a quarter of an ounce to a half of an ounce daily, while being authorized to possess

1

Sworn Statement
Ceferino Ortiz Jr.
May 6, 2013
(continued)

.., any amount up to (8) ounces by a state-issued cannabis card.

    Wherefore, I respectfully request the Pre-Trial Services Officer(s) to document, clarify, correct any statements of my drug history prior to my federal incarceration contrary to the sworn statement of drug use herein.

Dated: Mendota, CA<br>May 6, 2013

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2013.

S/ *[signature]*
CEFERINO ORTIZ Jr.
Register No. # 10738-111

EXHIBIT "C"

From: "OConnell, Thomas (USACAN)" <Thomas.M.OConnell@usdoj.gov>
Subject: RE: Ceferino Ortiz
Date: July 10, 2013 4:23:33 PM PDT
To: MILTON GONZALEZ <milton@gcjlawfirm.com>

1 Attachment, 5 KB

Milton – did not get fax. But you can just do a stip and say the Government does not oppose the added condition of drug counseling, or resend.

Tom

MILTON GONZALEZ
ATTORNEY AT LAW
449 Leavesley Road, Suite G
Gilroy, California 95020
Telephone (408)848-2208
Facsimile (408) 847-8229

State Bar No. 99713
E- mail: milton@gcjlawfirm.com
Attorney for Defendant, Ceferino Ortiz

IN THE UNITED STATES OF AMERICA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CASE No. : CR 07-00524-2-JW |
| ) | ORDER INRE MOTION TO |
| ) | AMEND PRESENTENCE |
| vs. ) | INVESTIGATION REPORT |
| CEFERINO ORTIZ ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

In the Interest of Justice and based on the stipulation of all parties concerned and the declaration of the defendant it is hereby ordered that the U.S. Probation Department may amend the Pre-sentence Report in the above-entitled matter to include the defendants drug and alcohol abuse as stated in his declaration prior to the arrest of the defendant in this matter.

DATED: _____

_____
JUDGE OF THE UNITED STATES DISTRICT COURT